People v Labossiere (2025 NY Slip Op 06730)

People v Labossiere

2025 NY Slip Op 06730

Decided on December 3, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
CHERYL E. CHAMBERS
ROBERT J. MILLER
BARRY E. WARHIT, JJ.

2014-05985
 (Ind. No. 258/13)

[*1]The People of the State of New York, respondent,
v
Wilfred Labossiere, appellant.

Wilfred Labossiere, Ossining, NY, appellant pro se.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 29, 2017 (People v Labossiere, 148 AD3d 1183), affirming a judgment of the Supreme Court, Nassau County, rendered June 2, 2014.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
GENOVESI, J.P., CHAMBERS, MILLER and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court